# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TAYLOR BOALS**  
**ADC #182537**                                                                                  **PLAINTIFF**

v.                              No. 2:24-cv-22-DPM

**TOMMY HAWKINS, Janitorial Supply**  
**Supervisor, Delta Regional Unit**                                          **DEFENDANT**

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed recommendation, *Doc. 28*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Supervisor Hawkins's motion for summary judgment, *Doc. 23*, is granted. Boals's amended complaint will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

10 July 2024