IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TAYLOR BOALS**  **PLAINTIFF**
**ADC #182537**

v.  No. 2:24-cv-22-DPM

CHRISTOPHER BUDNIK, Warden,
Delta Regional Unit, ADC;
TASHA GRIFFEN, Deputy Warden,
Delta Regional Unit, ADC;
DEXTER PAYNE, Director, Arkansas
Department of Correction;
SHANNON MCFADDEN, Classification,
Delta Regional Unit, ADC;  and
TOMMY HAWKINS, Janitorial Supply
Supervisor, Delta Regional Unit  **DEFENDANTS**

## JUDGMENT

Boals's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 July 2024